IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF
LOUISIANA

MAR -9 2011:15

BY DEPUTY CLERK

MARK A. JEFF #367139
  PLAINTIFF

CIVIL ACTION

VERSUS

SECTION: _____

MSGT GREG GAGNARD
CAMP-J ASST. WARDEN John L. CALVERT
COl. HONEYCUTT
Lt. COl. DUCOTE
MAJ. CHAD DUBRE - (B-TEAM)
CAPT. HUGHES - (B-TEAM)
CAPT. WESTBROOK - (B-TEAM)
CAPT. SMITH - (B-TEAM)
LT. CARTER - (B-TEAM)
Lt. DUPLECHEIN - (B-TEAM)
ET AL; DEFENDANT(S)

DOCKET: _____

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION
AND A TEMPORARY RESTRAINING ORDER

UPON the complaint supporting affidavits of Plaintiffs
sworn to the _____ day of _____ 2010. (MARK Jeff 367139)
An offender within the Louisiana Department of Corrections at
Louisiana State Penitentiary (L.S.P.) submits and request that it be:

ORDERED that the defendant(s) listed in this initial memo
of law complaint on page _____ of such, show cause in room _____

of this U.S. Courthouse located at 777 Florida Street, Suite 139, Baton Rouge, Louisiana, on the _____ day of _____, 2010, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendant(s) their successors in office, agents and employees and all other persons acting in concert and participation with them, from any form of sexual assaults, or harassment, for filing a complaint or be placed in position where any retaliation be brought against me by any of the shift titled supervisors in this complaint.

IT is Further Ordered that effective immediately, and pending the hearing and determination of this order to show cause, the defendant(s) and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from being around me, writing bogus write-ups, writing sexual explicit letters, threating me with bodily harm, sexual gestures and comments, attempting to stop my mail, denying me access to law books & legal phone calls and or personal calls, from co-workers writing bogus write-ups and frivolous shakedowns as a form of harassment.

IT is Further Ordered that the order to show cause, and all other papers attached to this application, be served on the aforesaid parties of this request by the _____ day of _____, 2010.

So Ordered

Respectfully Submitted,
Mark A. Geff 367139

_____
U.S. District Judge

cc/File:
3-2-10

TO: U.S. Middle District Court of Louisiana
Re: Injunction for Temporary Restraining Order
Date: 3-2-10

On Nov. 19, 2009, I was housed at Camp-J ext. lockdown shark 2-Right cell #11. On this date I was sexually assaulted by an L.S.P. officer by the name of Msgt. Greg Gagnard B-Team at Camp-J. This officer restrained me in cuffs behind my back and brought me into shark units lobby (1 & 2 side) bathroom where he performed oral sex upon me totally against my will. After this incident he stated to me "be cool and it won't be any problems". On Nov. 20, 2009, I had someone contact my family to have them report this incident, due to the fact I stopped other officers including ranks on that night shift to ask to speak with my mental health worker. But was also denied, therefore, on Nov. 20, 2009 my mother called the prison to have it reported. Once that happen I was taken to R.E. Barrow Treatment Center, where I was harassment about the whole incident. I was told due to me being "openly gay" I might've been trying to set this officer up. I told the medical Doctor that I had not showered since this incident. But I was not given a "Rape Kit" until W.F.S.O. contacted Dr. Brian Heise and told him to do so. At that time Dr. Heise keep making innedues about my sexuality. He then performed the "Rape Kit" in which this officers DNA (saliva) was obtained off of my genitals was then

taken by W.F.S.O. detective McGhee to a Crime lab. I gave a written statement to L.S.P. investigators about this incident. I was then taken back to Camp-J where I stayed housed on shark unit until Dec. 9, 2009. where I was then transferred to Camp-D ext. lockdown. Please note that from the time this incident happen the officer (Msgt. Greg Gagnard) was still actively working at Camp-J where he was constantly sending disturbing, threatening, sexually explict messages to me. This officer has <u>NOT</u> been diseplined, demoted in rank, investigated or fired. In fact has been promoted to Lt. after it was proven that his DNA was indeed recovered from my gentials. Now, I'm sitting in Administration Segregation waiting to be transferred back to Camp-J around this same officer who has more influence & motality to be around me. I'm asking for a Restraining Order cause this is the same officer who sexually assaulted me and being that I was moved from around him due to my complaint, I feel as if my life is being put back in danger, if I was to be placed around him and/or his immediate supervisors which includes but not limited to. Camp-J Shift Captains B-Team, Majors-B-Team, Col & Lt Col.-B-Team Lts-B-Team & Warden. Plus note this is still an on-going investigation by W.F.S.O. and it has not been resolved as of present date. However, I will seek criminal prosecution for being sexually assaulted and because of this I'm asking for no retaliation

be brought against me or I be placed in a position where retaliation can be brought against me by any of the shift titled supervisors in this complaint. As of now, I'm still in the middle of the A.R.P. process which was denied by L.S.P. and I sent it to the Secretary of Corrections (L.S.P. #2009-3543) awaiting there response. I would like this Restraining Order to be placed on these induisuals until this whole ordeal is over & done with. Thank you for your time & help in this matter.

Respectfully,
Meek Jeff 367139
Camp- J Hawk 1-R-10
La. State Prison
Angola, LA. 70712

cc/File
3-2-10

Mark W. Jett #367139
Camp D Hawk L-R-10
LA. State Prison
Angola, LA. 70712

7080 1717

Clerk of Court
U.S. Middle District Court of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA. 70801